UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -FLINT

UNITED STATES OF AMERICA,

          Plaintiff,          CASE NO.: 94-CR-50018-2FL

vs.          HON. PAUL V. GADOLA
          MAG. JUDGE WALLACE CAPEL, JR.

MARCUS WILLIAM DAVIS,

          Defendant.
_____/

## ORDER OF DETENTION
## PENDING REVOCATION PROCEEDINGS

The Defendant appeared before the Court on January 19, 2006, based upon a Petition and Warrant for violation of his conditions of supervised release, filed on November 16, 2005.

The Defendant is charged with violation of the Mandatory Condition by being charged in federal court under case number 05-CR-50052 with the offense of distribution of cocaine, in violation of 21 U.S.C. § 841(a)(1). He entered a guilty plea to said charge on September 30, 2005.

The report of the Probation Officer in this matter indicates that the Defendant began his term of supervised release on January 13, 2004.

Based upon the information presented at the hearing, it appears that the Defendant has failed to comply with the terms of supervised release by being involved with the distribution of illegal substances while on supervised release.

The issue of bond in this matter is moot based upon his recent sentencing for the federal court offense noted above.

Accordingly, the Defendant shall be detained without bond in this matter pending further proceedings before the district court judge.

The Defendant is hereby remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

**DATED: January 20, 2006**                s/ Wallace Capel, Jr.
                                           **WALLACE CAPEL, JR.**
                                           **United States Magistrate Judge**

### CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2006 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send such notification of such filing to the following: Mark C. Jones, AUSA, Kenneth R. Sasse, Federal Defender Office , and I hereby certify that I have mailed by United States Postal Service/hand delivered the paper to the following non-ECF participants:  United States Marshal, 600 Church St., Flint, Michigan 48502, Probation Officer, 600 Church St., Flint, Michigan 48502

                                           s/ James P. Peltier
                                           James P. Peltier
                                           Courtroom Deputy Clerk
                                           U.S. District Court
                                           600 Church St.
                                           Flint, MI 48502
                                           810-341-7850
                                           pete_peltier@mied.uscourts.gov